TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00019-CR







Jeffery Winters, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT


NO. 2011254, HONORABLE FRANK W. BRYAN, JR., JUDGE PRESIDING







O R D E R


PER CURIAM

The order dated June 7, 2002, is withdrawn. The motion to extend time to file
appellant's brief is granted and the brief is filed as of the date received.

It is ordered June 10, 2002.


Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Do Not Publish